## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**CARA GRAVES,**

        **Plaintiff,**

**v.**                            **CIVIL ACTION NUMBER:** _____

**SHAWN D. RINITI,**

        **Defendant.**

**<u>SERVE</u>:**      Shawn D. Riniti
              c/o Commissioner of DMV
              2300 West Broad Street
              Richmond, VA 23269

## <u>COMPLAINT</u>

      Plaintiff, by counsel, hereby moves this Court for judgment and execution against the Defendant for the following:

      1.      This cause of action arose on or about July 13, 2019, in the City of Chesapeake, which is in the Eastern District of Virginia and the Norfolk Division of this Court.

      2.      On that date, the Plaintiff was operating her vehicle in a careful, prudent and non-negligent manner.

      3.      On that date, the Defendant was operating his vehicle in a careless, reckless, and negligent manner in that, among other things, he failed to keep his vehicle in his lane of travel, he failed to keep a proper lookout, he failed to travel at a safe speed, and he generally failed to obey the rules of the road.

4.      At the time of the accident and today, the Plaintiff was a resident of the State of North Carolina.

5.      At the time of the accident and today, the Defendant was a resident of the State of Pennsylvania.

6.      The amount in controversy in this case exceeds the sum of $75,000.00 exclusive of interest and costs.

7.      This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. Section 1332(a).

8.      Venue is proper in this Court pursuant to 28 U.S.C. Section 1391(b) in that this was the judicial district in which the accident giving rise to the claim occurred.

9.      This claim arose as a direct result of the Defendant's negligent operation of his motor vehicle as set out above.

10.      As a direct result of the Defendant's negligence, his vehicle collided with the vehicle being driven by the Plaintiff.

11.      As a direct result of the collision, the Plaintiff's vehicle was driven off the road and flipped over.

12.      As a direct result of the accident and the significant collision, the Plaintiff suffered multiple physical injuries which have resulted in her suffering great pain, mental anguish, and inconvenience.

2

13.     As a result of all of the above, the Plaintiff has incurred substantial medical bills and lost wages, and she will in the future incur additional substantial medical bills and lost wages.

14.     As a direct result of all of the above, the Plaintiff has suffered and will continue to suffer pain and inconvenience.

WHEREFORE, the Plaintiff prays for judgment and execution against the Defendant in the amount of FOUR HUNDRED FIFTY-TWO THOUSAND FIVE HUNDRED SIXTY-SEVEN DOLLARS AND EIGHTY-SEVEN CENTS ($452,567.87), plus pre and post-judgment interest, plus all of her costs in proceeding with this matter.

Plaintiff requests a trial by jury.

**CARA GRAVES**

By_____
                Of Counsel

Robert J. Haddad, Esquire
VSB: 22298
RULOFF, SWAIN, HADDAD, MORECOCK,
   TALBERT & WOODWARD, P.C.
317 30th Street, Virginia Beach, VA   23452
Phone: (757) 671-6036
Fax: (757) 671-6004
rhaddad@srgslaw.com

3